UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-00049-FDW

| | |
|---|---|
| DONNA CHAPMAN LYONS-LAIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 5) filed by Paul Eaglin, concerning Karl E. Osterhout. Mr. Osterhout seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Osterhout is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: May 30, 2017

Frank D. Whitney
Chief United States District Judge